# UNITED STATES DISTRICT COURT

Eastern District of Virginia
Richmond Division

Franklin Grimes

v.

Advanced Call Center Technologies, LLC

**SUMMONS IN A CIVIL CASE**

CASE NO: 3:08CV492

TO: (Name and address of Defendant)

Advanced Call Center Technologies, LLC
Office of the Secretary of the Commonwealth
1111 East Broad Street, 4th Floor
Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Colt North
751-A Thimble Shoals Boulevard
Newport News, VA 23606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**

AUG 0 4 2008

CLERK        FILE COPY                              DATE

(By) DEPUTY CLERK