**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| Franklin Grimes )<br>　　*For himself and on behalf of all* )<br>　　*similarly situated individuals*, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　　　)<br>Advanced Call Center Technology, LLC, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　Defendant. ) | Case No. 3:08-cv-492 (HEH) |

## DEFENDANT ADVANCED CALL CENTER TECHNOLOGIES, LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT

To enable Judges to evaluate possible disqualification or recusal, Defendant Advanced Call Center Technologies, LLC ("ACT"), makes the following disclosure: ACT is 100% owned by ACCT Holdings, LLC and none of the owners of ACCT Holdings, LLC is a publicly traded entity.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ADVANCED CALL CENTER TECHNOLOGIES, LLC

　　　　　　　　　　　　　　　　　　　By: /s/_____

　　　　　　　　　　　　　　　　　　　　Seth A. Schaeffer (VA Bar No. 74509)
　　　　　　　　　　　　　　　　　　　　Bryan A. Fratkin (VA Bar No. 38933)
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　One James Center
　　　　　　　　　　　　　　　　　　　　901 East Cary Street
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　　Phone: (804) 775-1000
　　　　　　　　　　　　　　　　　　　　Fax: (804) 775-1061
　　　　　　　　　　　　　　　　　　　　sschaeffer@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　bfratkin@mcguirewoods.com

**Certificate of Service**

I certify that on January 23, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

        Christopher Colt North
        The Consumer & Employee Rights Law Firm, P.C.
        751-A Thimble Shoals Boulevard
        Newport News, Virginia 23606
        Phone: (757) 873-1010
        Fax: (757) 873-8375
        Email: cnorthlaw@aol.com

        *Counsel for Plaintiff*

By: /s/_____
        Seth A. Schaeffer (VA Bar No. 74509)
        Bryan A. Fratkin (VA Bar No. 38933)
        Attorney for Defendant
        McGuireWoods LLP
        One James Center
        901 East Cary Street
        Richmond, Virginia 23219
        Phone: (804) 775-1000
        Fax: (804) 775-1061
        sschaeffer@mcguirewoods.com
        bfratkin@mcguirewoods.com