**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| Franklin Grimes )<br>　　*For himself and on behalf of all* )<br>　　*similarly situated individuals*, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>Advanced Call Center Technology, LLC, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　Defendant. ) | | Case No. 3:08-cv-492 (HEH) |

**DEFENDANT ADVANCED CALL CENTER
TECHNOLOGIES, LLC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7 of the United States District Court for the Eastern District of Virginia, Defendant Advanced Call Center Technologies, LLC ("ACT"), by counsel, respectfully moves this Court to dismiss Counts Three and Four of Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that there exists no private right of action for alleged violations of 15 U.S.C. § 1681m, the statutory provision upon which Counts Three and Four are based. In support of this motion, ACT relies on the accompanying memorandum.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ADVANCED CALL CENTER TECHNOLOGIES,
　　　　　　　　　　　　　　　　　　LLC


　　　　　　　　　　　　　　　　　　By: /s/_____

Seth A. Schaeffer (VA Bar No. 74509)
Bryan A. Fratkin (VA Bar No. 38933)
Attorney for Defendant
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com
bfratkin@mcguirewoods.com

**Certificate of Service**

I certify that on January 23, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

        Christopher Colt North
        The Consumer & Employee Rights Law Firm, P.C.
        751-A Thimble Shoals Boulevard
        Newport News, Virginia 23606
        Phone: (757) 873-1010
        Fax: (757) 873-8375
        Email: cnorthlaw@aol.com

        *Counsel for Plaintiff*

By: /s/_____
    Seth A. Schaeffer (VA Bar No. 74509)
    Bryan A. Fratkin (VA Bar No. 38933)
    Attorney for Defendant
    McGuireWoods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219
    Phone: (804) 775-1000
    Fax: (804) 775-1061
    sschaeffer@mcguirewoods.com
    bfratkin@mcguirewoods.com