IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FRANKLIN GRIMES,**
*For himself and on behalf of all similarly situated individuals,*

**Plaintiff**

v.                                                                  CASE NO. 3:08cv492(HEH)

**ADVANCED CALL CENTER TECHNOLOGY, LLC,**

**Defendant.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 12515 Warwick Blvd., Suite 100, Newport News, VA 23606, hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

**FRANKLIN GRIMES,**
*For himself and on behalf of all similarly situated individuals,*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of February, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

 Seth Abram Schaeffer, Esq.
 McGuire Woods, LLP
 One James Center
 901 East Cary Street
 Richmond, VA  23219
 sschaeffer@mcguirewoods.com

               _____/s/_____
               Leonard A. Bennett, Esq.
               VSB #37523
               Attorney for Plaintiff
               CONSUMER LITIGATION ASSOCIATES, P.C.
               12515 Warwick Boulevard, Suite 100
               Newport News, Virginia 23606
               (757) 930-3660 - Telephone
               (757) 930-3662 – Facsimile
               lenbennett@cox.net