IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FRANKLIN GRIMES,<br>   *For himself and on behalf of all*<br>   *similarly situated individuals*,<br><br>       Plaintiffs,<br><br>v.<br><br>ADVANCED CALL CENTER<br>TECHNOLOGY, LLC,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:08CV492-HEH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER
(Granting Plaintiff's Motion for Enlargement of Time to Respond)

THIS MATTER is before the Court on Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss (Dk. No. 13), filed on February 4, 2009. Upon due consideration and there being no objection, the Motion is hereby GRANTED. Plaintiff's response to Defendant's Motion to Dismiss will now be due on or before February 16, 2009.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                            /s/
                                          Henry E. Hudson
                                          United States District Judge

Date: Feb. 5, 2009
Richmond, VA