IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FRANKLIN GRIMES,<br>    *For himself and on behalf of all*<br>    *similarly situated individuals*,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED CALL CENTER<br>TECHNOLOGY, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:08CV492-HEH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER
### (Granting Stipulated Motion for Extension of Time)

THIS MATTER is before the Court on a Stipulated Motion for Extension of Time (Dk. No. 16), filed on February 19, 2009. Upon due consideration and there being no objection, the Motion is hereby GRANTED. Defendant's Reply in support of its Motion to Dismiss will now be due on or before March 6, 2009.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

 

                                                            /s/
                                              Henry E. Hudson
                                              United States District Judge

Date: Feb. 19, 2009
Richmond, VA