IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Franklin Grimes | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-492 (HEH) |
| | ) | |
| Advanced Call Center Technology, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF DISMISSAL

As evidenced by their signatures below, the parties consent to a dismissal of the Complaint filed in this matter by Plaintiff Franklin Grimes against Defendant Advanced Call Center Technology, LLC. Accordingly, this Court dismisses with prejudice the Complaint filed by Plaintiff Franklin Grimes.

ENTERED: *March 16 / 2009*

/s/
HONORABLE HENRY E. HUDSON

We ask for this:

_____
Christopher Colt North (VSB No. 16955)
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Telephone: (757) 873-1010
*Counsel for Franklin Grimes*

_____
Seth A. Schaeffer (VSB No. 74509)
McGuireWoods LLP
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1000
*Counsel for Advanced Call Center Technology, LLC*